# United States District Court
Middle District of Louisiana
Chambers of Chief Judge Frank J. Polozola



# MEMORANDUM

**TO:**          Judge Mary M. Lisi

**FROM:**        Judge Frank J. Polozola

**DATE:**        August 5, 2004

**SUBJECT:**     2003 Financial Disclosure Report

SELF INITIATED
AMENDMENT

Dear Judge Lisi:

Please accept this memorandum as an amendment to my 2003 Financial Disclosure Report to correct an error that I made in Part VII, Page 1, lines 2 and 3. I should have put "Income Code A and Interest" instead of "exempt" on both of these lines. I apologize for this mistake which was based on my erroneous interpretation of the instructions.

Thank you for your assistance and cooperation.

Frank J. Polozola

RECEIVED Aug 11 11 09 AM '04 FINANCIAL DISCLOSURE OFFICE

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978.
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| POLOZOLA, FRANK J. | U.S. District Court Middle District of Louisiana | 5-5-04 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Active) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ___ Annual ___ Final | 6. Reporting Period 1-1-03 to 12-31-03 |
|---|---|---|

| 7. Chambers or Office Address 777 Florida Street, Ste 313 Baton Rouge, La. 70801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

[ ] NONE (No reportable positions.)

1. Board of Directors — Catholic High School
2.
3.

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE | PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1.
2.

RECEIVED MAY 12 12 02 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE | SOURCE AND TYPE | GROSS INCOME

A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1. _____ $ _____
2. _____ $ _____
3. _____ $ _____

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

1.
2.

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| POLOZOLA, FRANK J. | 5-5-04 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | New Orleans Federal Bar Assoc. | CLE and Court Admission Ceremony, New Orleans, LA. Nov. 21, 2003 (mileage, parking, food) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | Contributions Are Still being made to a Scholarship Fund Established at Catholic High School by former Lawclerks. I am not Aware of the Amounts Contributed by Donors. | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Polozola, Frank J. | 5-5-04 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Postal Credit Union | A | INT | K | T | | | | | |
| 2 Hibeunia Nat Bank | EXEMPT | | J | T | | | | | |
| 3 Greenwood tr gnowesstle (IRA) | EXEMPT | | | | | 3/5 | K | None | transfer funds to purchase bond |
| 4 Kansas City Life (IRA) | A | INT | J | T | | | | | |
| 5 Bank one - accts Icd | C | INT | M | T | | | | | |
| 6 Met Life Stock | A | div | J | T | | | | | |
| 7 Kansas city Life Universal variable Life | A | INT | K | T | | | | | |
| 8 Met Life whole Life Policy | A | div | K | T | | | | | |
| 9 General Electric Bond IRA | A | INT | K | T | buy | 3/5 | K | None | |
| 10 Morgan Keegan Money mkt (IRA) | A | INT | J | T | open acct | 3/5 | J | None | |
| 11 Union planters Bank | A | INT | K | T | opened acct | 2/11 | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | POLOZOLA, FRANK J. | 5-5-04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part _VII_ - medysis stock does not meet Reporting Requirements.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Date  5-5-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544